UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

HAMMOND DIVISION

| | | |
|---|---|---|
| TRUSTEES OF TEAMSTERS UNION NO. 142 PENSION TRUST FUND, | ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | CAUSE NO. 2:12-CV-422 RLM |
| IB&B, LLC, d/b/a ILLIANA BLOCK & BRICK, INC.; CRISTER COMPANIES, INC.; and GARY MATERIAL SUPPLY, INC., | ) ) ) ) ) | |
| Defendants | ) ) | |

OPINION and ORDER

This cause is before the court on the motion of Trustees of Teamsters Union No. 142 Pension Trust Fund for summary judgment on its claims against the defendants. Defendant Gary Material Supply, Inc. filed its response to the motion, and the case has been stayed as to defendant IB&B, Inc., d/b/a Illiana Block & Brick, Inc., based on that company's filing of bankruptcy. Based on a review of the summary judgment record, the court concludes that a material question of fact exists as to the effective date of IB&B's withdrawal from the union, which precludes resolution of the appropriateness of the withdrawal liability assessment and the issue of the common ownership of the defendant companies. Accordingly, the court DENIES the Trust Fund's motion for summary judgment [docket # 38].

This case remains set for a two-day bench trial commencing at 9:30 a.m. (C.D.T.) on Thursday, April 17, 2014, in Hammond.

SO ORDERED.

ENTERED: __March 12, 2014__

__/s/ Robert L. Miller, Jr.__
Judge, United States District Court